**The Cobbler**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|----|-----|----|----|----|----|----|
| 1 | 66. 168. 61. 22 | 3/29/15 06:36:26 AM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Janesville | Rock |
| 2 | 68. 117. 93. 74 | 3/23/15 11:03:33 PM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | La Crosse | La Crosse |
| 3 | 97. 83. 245. 97 | 3/23/15 03:44:05 AM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Schofield | Marathon |
| 4 | 24. 240. 54. 36 | 3/21/15 07:26:23 AM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Baraboo | Sauk |
| 5 | 66. 168. 25. 143 | 3/19/15 03:57:17 AM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Madison | Dane |
| 6 | 24. 178. 20. 214 | 3/19/15 12:16:05 AM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Madison | Dane |
| 7 | 68. 112. 165. 195 | 3/17/15 06:17:18 PM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Marshfield | Wood |
| 8 | 71. 90. 97. 43 | 3/17/15 03:21:31 PM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Janesville | Rock |
| 9 | 24. 183. 96. 129 | 3/15/15 04:33:32 PM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Madison | Dane |
| 10 | 96. 40. 226. 180 | 3/13/15 09:09:10 PM | SHA1: 1F16ED1B54057CD5137B410423156A5A72FB578B | Charter Communications | Madison | Dane |

**Exhibit B**